# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARRELL EUGENE WILLIAMS, on behalf of himself and all others similarly situated,

        Plaintiff,

        v.

ALLIEDBARTON SECURITY SERVICES,

        Defendant,

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 15-1348

Hon. Nora Barry Fischer

## MEMORANDUM ORDER

The action was received by the Clerk of Court on October 16, 2015, and was referred to United States Magistrate Judge Cynthia Reed Eddy for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C.

Magistrate Judge Eddy's Report and Recommendation, filed August 22, 2016, recommended that the Amended Complaint be dismissed with prejudice because Plaintiff's claim, which is most analogous to a wrongful discharge claim, is barred by a two-year statute of limitations. Because Plaintiff's wrongful discharge claim was barred by the statute of limitations, Magistrate Judge Eddy concluded that it was unnecessary to address Defendant's argument that Plaintiff's class-action claim should be stricken.

Having conducted a *de novo* review of this matter and having reviewed Plaintiff's Complaint, (Docket No. 1); Defendant's Motion to Dismiss and supporting briefing, (Docket Nos. 5, 6); Plaintiff's Response in Opposition and supporting briefing, (Docket Nos. 12, 13); Plaintiff's Amended Complaint, (Docket No. 14); Defendant's Renewed Motion to Dismiss and Motion to Strike and supporting briefing, (Docket Nos. 16, 17); Plaintiff's Response in Opposition, (Docket No. 20); Defendant's Reply, (Docket No. 21); the Report and

Recommendation, (Docket No. 25); Plaintiff's Objections to the Report and Recommendation, (Docket No. 26); and Defendant's Response to Plaintiff's Objections, (Docket No. 26), the Court finds Plaintiff's Objections to the Report and Recommendation to be meritless. Accordingly, the following Order is entered:

IT IS HEREBY ORDERED that Magistrate Judge Eddy's August 22, 2016, report and recommendation, (Docket No. [25]), is adopted as the opinion of the Court.

IT IS FURTHER ORDERED that Plaintiff's Objections to the Report and Recommendation, (Docket No. [26]), are OVERRULED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss and Motion to Strike, (Docket No. [16]), is GRANTED. Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this matter CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

Dated: September 23, 2016

cc/ecf: Plaintiff and all counsel of record;